## Case No. 1,560.

### BLOOMER v. VAUGHT.

[Cited in Gibson v. Giffard, Case No. 5,395, note. Nowhere reported; opinion not now accessible.]